IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> *ex rel.* Kermith Sonnier, § <br> § <br> Plaintiffs, § <br> § <br> VS. § <br> § <br> THE STANDARD FIRE INSURANCE § <br> COMPANY, *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. H-12-1065 |

## ORDER

The parties must file supplemental briefs addressing the effect, if any, of the grant of certiorari in *United States ex rel. Carter v. Halliburton Company*, 710 F.3d 171 (4th Cir. 2013), *cert. granted*, 82 U.S.L.W. 3010, 2014 WL 2931840 (U.S. July 1, 2014) (No. 12-1497), on whether the first-to-file rule applies to the relator's claims. The briefs are due by July 31, 2014 and may be no longer than five pages.

SIGNED on July 10, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge