# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KERMITH SONNIER, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-12-1065 |
| THE STANDARD FIRE INSURANCE COMPANY, *et al.*, | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum and Opinion of even date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on January 29, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge